**UNITED STATES of America Plaintiff—Appellee**

v.

**James Edward GRIFFIN Defendant—Appellant**

**No. 99–2366.**

United States Court of Appeals, Sixth Circuit.

March 8, 2001.

Before SILER, MOORE, and CLAY; Circuit Judges.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof.

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.